IN THE UNITED STATES DISTRICT COURT OF MARYLAND
SOUTHERN DIVISION

**Evelyn Chavez**
18225 Lost Knife Circle
Apt. 204
Montgomery Village, MD 20886

**Karla Lizama**
18833 Pintail Lane
Gaithersburg, MD

**Jerry Calderon Argueta**
15 Shady Spring Place
Gaithersburg, MD 20877

**Dinora Melendez**
13214 Twinbrook Parkway
Apt. T2
Rockville, MD 20852

**Brenda Campos**                                    Case No.
18377 Lost Knife Circle
Apt. 202
Montgomery Village, MD 20886

**Angelica Albizurez**
3327 Weeping Willow Court
Apt. 13
Silver Spring, MD 20906

      **Plaintiffs**

v.

**BESIE'S CORP. d/b/a/**
**DONA BESSY PUPUSERIA**
11011 Wheeler Drive
Silver Spring, Maryland 20901

      **Defendant**

**COMPLAINT**

COMES NOW the Plaintiffs, Evelyn Chavez, Karla Lizama, Jerry Calderon Argueta, Dinora Melendez, Brenda Campos, and Angelica Albizurez (collectively "Plaintiffs"), by and through undersigned counsel, who bring this suit against the Defendant Besie's Corp. d/b/a Dona Besy Pupuseria ("Defendant"), and for grounds state as follows:

## PARTIES AND JURISDICTION

1. The Defendant is a corporation incorporated in the State of Maryland with its principal place of business in Silver Spring, Maryland. The Defendant operates three restaurants located in Gaithersburg, Maryland, Arlington, Virginia, and Springfield, Virginia.

2. At all times relevant to these proceedings, each of the Plaintiffs was employed by the Defendant at the Defendant's Gaithersburg, Maryland location.

3. In the present case, the Plaintiffs bring suit for unpaid minimum wages and overtime in violation of the **Fair Labor Standards Act**, the **Maryland Wage Payment and Collection Law**, § 3-501 *et. seq.* of the Labor and Employment Article of the Maryland Annotated Code, and the **Maryland Wage and Hour Law,** § 3-401 *et. seq.* of the Labor and Employment Article of the Maryland Annotated Code.

4. Pursuant to the preceding, this Court has proper personal jurisdiction over the Defendant, subject matter jurisdiction over the claims being pursued, and constitutes proper venue.

## GENERAL ALLEGATIONS

5. During the three year period immediately preceding the filing of this lawsuit ("claimed period"), each of the Plaintiffs worked at least the following number of hours: Melendez–2420 hours of which 660 were overtime hours; Albizurez–1,440 hours of which 680 were overtime

hours; Chavez– 3,075 hours of which 507 were overtime hours; Campos– 4,716 hours of which 1,890 were overtime hours; Argueta– 2,400 hours of which 400 were overtime hours; and Lizama– 1,440 hours of which 160 were overtime hours.

6. All of the hours worked by the Plaintiffs during the claimed period were scheduled and authorized by the Defendant.

7. Each of the Plaintiffs earned, and should have been paid, minimum wages during the claimed period in at least the following amounts:  Melendez–$17,545.00; Albizurez–$10,440.00; Chavez–$22,294.00; Campos–$34,191.00; Argueta– $17,400.00; and Lizama–$10,440.00.

8. Each of the Plaintiffs earned, and should have been paid, overtime during the claimed period in at least the following amounts:  Melendez–$2,393.00; Albizurez–$2,465.00; Chavez–$1,838.00; Campos–$6,851.00; Argueta– $1.,450.00; and Lizama–$580.00.

9. Except as provided in paragraph 10, the Plaintiffs were not paid by the Defendant for the minimum wages or overtime earned as identified in paragraphs 7 and 8.

10. The Defendant sporadically paid some of the Plaintiffs small amounts of money during the course of their employment. The Plaintiffs believe that, collectively, these payments did not exceed $5,000.00.

11. The Plaintiffs also received tips. However, any amounts of money the Plaintiffs received in tips during the claimed period are not creditable towards the minimum wages earned (as identified in paragraph 7) because (1) the Defendant failed to pay each of the Plaintiffs the required statutory amount in order to be eligible for a tip credit; (2) the Defendant failed to properly communicate to each of the Plaintiffs about the tip credit; and/or (3) the Defendant allowed tips to be improperly pooled.

12. During the claimed period, the Defendant qualified as an "employer" pursuant to Section 203(d) of the Fair Labor Standards Act, Section 3-401(b) of the Labor and Employment Article of the Maryland Annotated Code, and Section 3-501(b) of the Labor and Employment Article of the Maryland Annotated Code.

13. During the claimed period, the Defendant qualified as an "enterprise engaged in commerce or in the production of goods for commerce" pursuant to Section 203(s)(1)(A) of the Fair Labor Standards Act.

14. The failure of the Defendant to pay each of the Plaintiffs proper minimum wages and overtime was done wilfully, knowingly, and without any proper justification.

## COUNT I
**Violations of the Fair Labor Standards Act (FLSA): Melendez**

15. The Plaintiff repeats and re-alleges each and every allegation made above in paragraphs 1–14.

16. The Defendant's failure to properly pay the Plaintiff minimum wages and overtime constitutes a statutory violation of the FLSA.

WHEREFORE, the Plaintiff demands judgment against the Defendant as follows:

a) Unpaid minimum wages and overtime in an amount of at least $19,938.00;

b) Liquidated damages in an additional amount of at least $19,938.00;

c) Prejudgment interest;

d) Reasonable attorney's fees and costs;

e) Such other and further relief as deemed appropriate by this Court.

## COUNT II
**Violations of the Maryland Wage and Hour Law (MWHL): Melendez**

17. The Plaintiff repeats and realleges each and every allegation made above in paragraphs 1–14.

18. The Defendant's failure to properly pay the Plaintiff minimum wages constitutes a statutory violation of the MWHL

WHEREFORE, the Plaintiff demands judgment against the Defendant as follows:

a) Unpaid minimum wages during in an amount of at least $17,545.00;

b) Prejudgment interest;

c) Reasonable attorney's fees and costs;

d) Such other and further relief as deemed appropriate by this Court.

## COUNT III
**Violations of The Maryland Wage Payment & Collection Law (MWPCL): Melendez**

19. The Plaintiff repeats and realleges each and every allegation made above in paragraphs 1–14.

20. The Defendant's failure to properly pay the Plaintiff minimum wages and overtime constitutes a statutory violation of the MWPCL.

WHEREFORE, the Plaintiff demands judgment against the Defendant as follows:

a) Unpaid minimum wages and overtime in an amount of at least $19,938.00;

b) Liquidated damages in an additional amount of at least $39,876.00 ;

c) Prejudgment interest;

d) Reasonable attorney's fees and costs;

e) Such other and further relief as deemed appropriate by this Court.

## COUNT IV

**Violations of the Fair Labor Standards Act (FLSA): Albizurez**

21. The Plaintiff repeats and re-alleges each and every allegation made above in paragraphs 1–14.

22. The Defendant's failure to properly pay the Plaintiff minimum wages and overtime constitutes a statutory violation of the FLSA.

WHEREFORE, the Plaintiff demands judgment against the Defendant as follows:

a) Unpaid minimum wages and overtime in an amount of at least $12,905.00;

b) Liquidated damages in an additional amount of at least $12,905.00;

c) Prejudgment interest;

d) Reasonable attorney's fees and costs;

e) Such other and further relief as deemed appropriate by this Court.

## COUNT V
**Violations of the Maryland Wage and Hour Law (MWHL): Albizurez**

23. The Plaintiff repeats and realleges each and every allegation made above in paragraphs 1–14.

24. The Defendant's failure to properly pay the Plaintiff minimum wages constitutes a statutory violation of the MWHL

WHEREFORE, the Plaintiff demands judgment against the Defendant as follows:

a) Unpaid minimum wages an amount of at least $10,440.00;

b) Prejudgment interest;

c) Reasonable attorney's fees and costs;

d) Such other and further relief as deemed appropriate by this Court.

## COUNT VI:

**Violations of The Maryland Wage Payment & Collection Law (MWPCL): Albizurez**

25. The Plaintiff repeats and realleges each and every allegation made above in paragraphs 1–14.

26. The Defendant's failure to properly pay the Plaintiff minimum wages and overtime constitutes a statutory violation of the MWPCL.

WHEREFORE, the Plaintiff demands judgment against the Defendant as follows:

a) Unpaid minimum wages and overtime in an amount of at least $12,905.00;

b) Liquidated damages in an additional amount of at least $25,810.00;

c) Prejudgment interest;

d) Reasonable attorney's fees and costs;

e) Such other and further relief as deemed appropriate by this Court.

## COUNT VII

**Violations of the Fair Labor Standards Act (FLSA): Chavez**

27. The Plaintiff repeats and re-alleges each and every allegation made above in paragraphs 1–14.

28. The Defendant's failure to properly pay the Plaintiff minimum wages and overtime constitutes a statutory violation of the FLSA.

WHEREFORE, the Plaintiff demands judgment against the Defendant as follows:

a) Unpaid minimum wages and overtime in an amount of at least $24,762.00;

b) Liquidated damages in an additional amount of at least $24,762.00;

c)   Prejudgment interest;

d)   Reasonable attorney's fees and costs;

e)   Such other and further relief as deemed appropriate by this Court.

## COUNT VIII
### Violations of the Maryland Wage and Hour Law (MWHL): Chavez

29. The Plaintiff repeats and realleges each and every allegation made above in paragraphs 1–14.

30. The Defendant's failure to properly pay the Plaintiff minimum wages constitutes a statutory violation of the MWHL

WHEREFORE, the Plaintiff demands judgment against the Defendant as follows:

a)   Unpaid minimum wages an amount of at least $22,294.00;

b)   Prejudgment interest;

c)   Reasonable attorney's fees and costs;

d)   Such other and further relief as deemed appropriate by this Court.

## COUNT IX:
### Violations of The Maryland Wage Payment & Collection Law (MWPCL): Chavez

31. The Plaintiff repeats and realleges each and every allegation made above in paragraphs 1–14.

32. The Defendant's failure to properly pay the Plaintiff minimum wages and overtime constitutes a statutory violation of the MWPCL.

WHEREFORE, the Plaintiff demands judgment against the Defendant as follows:

a)   Unpaid minimum wages and overtime in an amount of at least $24,762.00;

b)   Liquidated damages in an additional amount of at least $49,524.00;

c) Prejudgment interest;

d) Reasonable attorney's fees and costs;

e) Such other and further relief as deemed appropriate by this Court.

## COUNT X

### Violations of the Fair Labor Standards Act (FLSA): Lizama

33. The Plaintiff repeats and re-alleges each and every allegation made above in paragraphs 1–14.

34. The Defendant's failure to properly pay the Plaintiff minimum wages and overtime constitutes a statutory violation of the FLSA.

WHEREFORE, the Plaintiff demands judgment against the Defendant as follows:

a) Unpaid minimum wages and overtime in an amount of at least $11,020.00;

b) Liquidated damages in an additional amount of at least $11,020.00;

c) Prejudgment interest;

d) Reasonable attorney's fees and costs;

e) Such other and further relief as deemed appropriate by this Court.

## COUNT XI
### Violations of the Maryland Wage and Hour Law (MWHL): Lizama

35. The Plaintiff repeats and realleges each and every allegation made above in paragraphs 1–14.

36. The Defendant's failure to properly pay the Plaintiff minimum wages constitutes a statutory violation of the MWHL

WHEREFORE, the Plaintiff demands judgment against the Defendant as follows:

a) Unpaid minimum wages an amount of at least $10,440.00;

    b)       Prejudgment interest;

    c)       Reasonable attorney's fees and costs;

    d)       Such other and further relief as deemed appropriate by this Court.

## COUNT XII:

### Violations of The Maryland Wage Payment & Collection Law (MWPCL): Lizama

37.  The Plaintiff repeats and realleges each and every allegation made above in paragraphs 1–14.

38.  The Defendant's failure to properly pay the Plaintiff minimum wages and overtime constitutes a statutory violation of the MWPCL.

WHEREFORE, the Plaintiff demands judgment against the Defendant as follows:

    a)       Unpaid minimum wages and overtime in an amount of at least $11,020.00;

    b)       Liquidated damages in an additional amount of at least $22,040.00;

    c)       Prejudgment interest;

    d)       Reasonable attorney's fees and costs;

    e)       Such other and further relief as deemed appropriate by this Court.

## COUNT XIII

### Violations of the Fair Labor Standards Act (FLSA): Campos

39.  The Plaintiff repeats and re-alleges each and every allegation made above in paragraphs 1–14.

40.  The Defendant's failure to properly pay the Plaintiff minimum wages and overtime constitutes a statutory violation of the FLSA.

WHEREFORE, the Plaintiff demands judgment against the Defendant as follows:

a) Unpaid minimum wages and overtime in an amount of at least $41,042.00;

b) Liquidated damages in an additional amount of at least $41,042.00;

c) Prejudgment interest;

d) Reasonable attorney's fees and costs;

e) Such other and further relief as deemed appropriate by this Court.

## COUNT IV
### Violations of the Maryland Wage and Hour Law (MWHL): Campos

41. The Plaintiff repeats and realleges each and every allegation made above in paragraphs 1–14.

42. The Defendant's failure to properly pay the Plaintiff minimum wages constitutes a statutory violation of the MWHL

WHEREFORE, the Plaintiff demands judgment against the Defendant as follows:

a) Unpaid minimum wages an amount of at least $34,191.00;

b) Prejudgment interest;

c) Reasonable attorney's fees and costs;

d) Such other and further relief as deemed appropriate by this Court.

## COUNT XV:
### Violations of The Maryland Wage Payment & Collection Law (MWPCL): Campos

43. The Plaintiff repeats and realleges each and every allegation made above in paragraphs 1–14.

44. The Defendant's failure to properly pay the Plaintiff minimum wages and overtime constitutes a statutory violation of the MWPCL.

WHEREFORE, the Plaintiff demands judgment against the Defendant as follows:

a)  Unpaid minimum wages and overtime in an amount of at least $41,042.00;

b)  Liquidated damages in an additional amount of at least $82,084.00;

c)  Prejudgment interest;

d)  Reasonable attorney's fees and costs;

e)  Such other and further relief as deemed appropriate by this Court.

## COUNT XVI

### Violations of the Fair Labor Standards Act (FLSA): Argueta

45.  The Plaintiff repeats and re-alleges each and every allegation made above in paragraphs 1–14.

46.  The Defendant's failure to properly pay the Plaintiff minimum wages and overtime constitutes a statutory violation of the FLSA.

WHEREFORE, the Plaintiff demands judgment against the Defendant as follows:

a)  Unpaid minimum wages and overtime in an amount of at least $18,850.00;

b)  Liquidated damages in an additional amount of at least $18,850.00;

c)  Prejudgment interest;

d)  Reasonable attorney's fees and costs;

e)  Such other and further relief as deemed appropriate by this Court.

## COUNT XVII
### Violations of the Maryland Wage and Hour Law (MWHL): Argueta

47.  The Plaintiff repeats and realleges each and every allegation made above in paragraphs 1–14.

48. The Defendant's failure to properly pay the Plaintiff minimum wages constitutes a statutory violation of the MWHL

WHEREFORE, the Plaintiff demands judgment against the Defendant as follows:

a) Unpaid minimum wages an amount of at least $17,400.00;

b) Prejudgment interest;

c) Reasonable attorney's fees and costs;

d) Such other and further relief as deemed appropriate by this Court.

### COUNT XVIII:

**Violations of The Maryland Wage Payment & Collection Law (MWPCL): Argueta**

49. The Plaintiff repeats and realleges each and every allegation made above in paragraphs 1–14.

50. The Defendant's failure to properly pay the Plaintiff minimum wages and overtime constitutes a statutory violation of the MWPCL.

WHEREFORE, the Plaintiff demands judgment against the Defendant as follows:

a) Unpaid minimum wages and overtime in an amount of at least $18,850.00;

b) Liquidated damages in an additional amount of at least $37,700.00;

c) Prejudgment interest;

d) Reasonable attorney's fees and costs;

e) Such other and further relief as deemed appropriate by this Court.

.

Respectfully submitted,

SULLIVAN, TALBOTT & BATT

By: _____
Mitchell I. Batt, Esquire
Federal Bar No. 12002
77 S. Washington Street
Suite 304
Rockville, Maryland 20850
(301) 340-2450, x13
*Attorney for Plaintiff*